**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HON. RICHARD K. EATON, JUDGE**

| | |
|---|---|
| **JAIPUR LIVING INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 26-CV-01318** |
| **THE UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,** | |
| **Defendants.** | |

**ORDER**

On consideration of plaintiff's motion to lift the stay, it is hereby

ORDERED that the motion is granted and, it is further

ORDERED that the stay is lifted.

Date: _____

New York, New York

_____

Judge